# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALAN MEJIA-CRUZ (1),<br><br>　　　　　　　　Defendant. | Case No. 15CR2931-H<br><br>Booking No. 42065-298<br><br>JUDGMENT AND<br>ORDER OF DISMISSAL |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Alan Mejia-Cruz. The defendant is hereby discharged as to this case only and is to be sent to immigration custody as a condition of the dismissal.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 21, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE